IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

FREDERICK MYLES,  CV. 10-268-KI

        Petitioner,  ORDER

  v.

JEFF PREMO,

        Respondent.

KING, Judge

    Petitioner's motion to voluntarily dismiss (#12) is GRANTED. This proceeding is DISMISSED, without prejudice to petitioner's right to seek federal habeas relief upon the exhaustion of his available state remedies.

    IT IS SO ORDERED.

    DATED this     20th     day of August, 2010.

                                                  /s/ Garr M. King
                                                  Garr M. King
                                                  United States District Judge

1 -- ORDER